CHARLES M. CAMP, as Executor of ELLEN P. KELLOGG, Deceased, Appellant, *v.* ALFRED G. REEVES et al., Individually and as Copartners under the Firm Name of REEVES, TODD & SWAIN et al., Respondents, Impleaded with Others.

ETHEL T. KELLOGG, as Executrix of JOHN P. KELLOGG, Deceased, Appellant, *v.* ALFRED G. REEVES et al., Individually and as Copartners under the Firm Name of REEVES, TODD & SWAIN et al., Respondents, Impleaded with Others.

ALVA E. BELMONT, Appellant, *v.* ALFRED G. REEVES et al., Individually and as Copartners under the Firm Name of REEVES, TODD & SWAIN et al., Respondents, Impleaded with Others.

(Submitted October 5, 1925; decided October 13, 1925.)

Motions for re-argument and to amend the remittitur denied, with ten dollars costs of only one motion. (See 240 N. Y. 672.) Held, that on the merits the legal liability of defendants rests solely on contract to disclose the facts of the defalcation of Herbert Reeves and the actions are barred by the Statute of Limitations.

---

ARCHIBALD B. BARKER, Appellant, *v.* LIBERTY BANK OF JAMESTOWN, Respondent.

(Submitted October 5, 1925; decided October 13, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 240 N. Y. 688.)

---

THOMAS M. STANLEY, Appellant, *v.* DANIEL J. LEARY et al., Copartners under the Firm Name of LEARY & Co., Respondents.

(Submitted October 5, 1925; decided October 13, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 240 N. Y. 659.)